### PAUL R. HIMMELSTEIN *v.* TOWN OF WINDSOR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 116 Conn. App. 28 (AC 29821), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment as to the nuisance claim based on its determination that General Statutes § 13a-149 was the plaintiff's exclusive remedy when it also determined that the plaintiff's claim did not fall within § 13a-149?"

The Supreme Court docket number is SC 18455.

*Juri E. Taalman*, in support of the petition.

*Beatrice S. Jordan*, in opposition.

Decided September 23, 2009